No. 82–6467.   GUTIERREZ *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 82–6471.   POKORNEY *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6475.   NORTON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6480.   YEARY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–6482.   METCALFE *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–6484.   BENNETT ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 82–6486.   CATANIO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6488.   LUMPKINS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–1438.   WRIGHT *v.* INTERNATIONAL BUSINESS MACHINES CORP., INC.   C. A. 9th Cir.   Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–6172.   GRAY *v.* LUCAS, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.